April 8, 2005

Ms. Sharon E. Callaway
Crofts & Callaway, P.C.
112 East Pecan Street, Suite 800
San Antonio, TX 78205-1578

Mr. Vincent L. Marable III
Paul Webb, P.C.
221 N. Houston Street
Wharton, TX 77488
Mr. Luther H. Soules III
Langley & Banack, Inc.
745 East Mulberry , Suite 900
San Antonio, TX 78212-3166

RE: Case Number: 02-0932
 Court of Appeals Number: 04-01-00160-CV
 Trial Court Number: 97-CV-E-01382

Style: GENERAL MOTORS CORPORATION
 v.
 RITA L. IRACHETA, ADMINISTRATOR OF THE ESTATES OF DAVID IRACHETA,
 DECEASED, AND EDGAR IRACHETA, DECEASED

Dear Counsel:

 Today the Supreme Court of Texas delivered the enclosed opinion and
judgment in the above-referenced cause. (Chief Justice Jefferson and
Justice Green not sitting)

 Sincerely,
 [pic]

 Andrew Weber, Clerk

 by Claudia Jenks, Chief Deputy Clerk
Enclosures
|cc:|Mr. Manuel |
| |Gutierrez |
| |Mr. Dan |
| |Crutchfield |